# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
 )  BK Case No. 3:16-bk-03987
Kristina Marie Bass, )  Chapter 13
*fka* Kristin Lee DeBoard, )  Judge Charles M. Walker
XXX-XX-8683 )
_____

**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY**
_____

Inland Bank and Trust (hereinafter, "Inland) filed a Motion for Relief from Automatic Stay for Lack of Insurance, pursuant to LBR 4070-1 and 11 U.S.C. § 362, with respect to a 2011 Chevrolet Malibu 4D LS, VIN 1G1ZB5E19BF325318 (hereinafter, the "Collateral"). Opposition was withdrawn.

IT IS ORDERED that the automatic stay in 11 U.S.C. § 362(a) is terminated with respect to the Inland and its Collateral.

IT IS FURTHER ORDERED that the Trustee abandons the Collateral as burdensome or of inconsequential value to the estate pursuant to 11 U.S.C. § 554 and L.B.R. 6007-1(b). This paragraph is not effective unless the Trustee has approved this order for entry below.

IT IS FURTHER ORDERED that the stay in FED. R. BANKR. P. 4001(a)(3) does not apply.

***This Order Was Signed and Entered Electronically as Indicated at the Top of the First Page.***

Approved for entry:

*/s/Edward D. Russell*
Edward D. Russell
The SR Law Group
PO Box 128
Mt. Juliet, TN 37121
(615) 559-3190
erussell@thesrlawgroup.com

**Henry E Hildebrand, III**

Digitally signed by Henry E Hildebrand, III
DN: CN="Henry E Hildebrand, III", E=aoecf@ch13nsh.com
Reason: I am the author of this document
Location: your signing location here
Date: 2020-04-20 12:51:40
Foxit Reader Version: 9.6.0

Henry E. Hildebrand, III
Chapter 13 Trustee
P. O. Box 340019
Nashville, TN 37203-0019
615-244-1101; Fax 615-242-3241
http://www.ch13nsh.com
pleadings@ch13nsh.com